CLARA S. BRUNKE, Respondent, v. JACOB C. DOLD, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

ELIAS R. GANIM and Another, Respondents, v. MAX KAISER, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOHN S. LAPP, Respondent, v. THE LOCKE INSULATOR MANUFACTURING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOHN BARNASKY, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. Appeal from order denying motion for new trial, made upon the minutes of the judge, dismissed, upon the ground that the Special Term was not authorized to pass upon the question. But we have, nevertheless, examined the facts under section 1342 of the Code of Civil Procedure and find no error therein. All concurred, except Merrell and De Angelis, JJ., who dissented and voted for reversal and dismissal of the complaint upon the ground that the plaintiff was guilty of contributory negligence as matter of law.

JOHN BARNASKY, Appellant, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent.— Order permitting a motion to be made at Special Term for a new trial upon the minutes of the judge, under section 999 of the Code of Civil Procedure, reversed, and the motion denied, without costs. Held, that the motion for a new trial under section 999 of the Code of Civil Procedure, upon the minutes of the judge, could only be entertained at the term at which the action was tried. All concurred.

MICHAEL BROWN, Respondent, v. VACUUM OIL COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOSEPH MIKLJ, Respondent, v. EMPIRE LIMESTONE COMPANY, Appellant. — Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is excessive, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

WILLARD P. SCHANCK and Another, as Committee, etc., of HARRIET A. VAN VOORHIS, an Incompetent Person, Respondents, v. EDWARD L. WALLACE, Appellant, Impleaded with Another. (Action No. 1.) WILLARD P. SCHANCK and Another, as Committee, etc., of HARRIET A. VAN VOORHIS, an Incompetent Person, Respondents, v. EDWARD L. WALLACE, Appellant, Impleaded with Another. (Action No. 2.) — Judgment in each case affirmed, with costs. All concurred.

MATILDA KITZ, Appellant, v. THE CITY OF SYRACUSE, Respondent.— Judgment affirmed, with costs. All concurred.